This document was signed electronically on October 27, 2016, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: October 27, 2016



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION (AKRON)

| | |
|---|---|
| IN RE: | CHAPTER 13 BANKRUPTCY |
| LARRY ALLAN STEFFEE, | CASE NO. 15-50463 |
| Debtor. | JUDGE ALAN M. KOSCHIK |
| | **ORDER FOR HARDSHIP DISCHARGE IN CHAPTER 13 PURSUANT TO 11 U.S.C. § 1328** |

This matter is before the Court on the motion the Debtor, Larry Allan Steffee, filed herein on August 16, 2016, for a hardship discharge to pursuant to section 1328(b), title 11, of the United States Code.

The Court finds that notice of this motion was duly given to all creditors, and deadlines for objections and for complaints asserting non-dischargeability were set. Those deadlines have passed with no objections and no complaints.

The Court finds the Motion well-taken. The Court further finds as follows:

1.  The within proceedings were filed on March 4, 2015.
2.  The debtor's plan was confirmed on May 29, 2015.

3. Since the filing of this procedure, the debtor has been making his payments.

4. At the time of filing this proceeding, the Debtor was married and had two sources of income (his wife's earnings and his own social security benefits).

5. During the pendency of this case, Debtor experienced marital difficulties and the marriage was terminated by dissolution on January 4, 2016.

6. As a result of this dissolution, Debtor's budget no longer afforded him the ability to make payments.

7. As a result of this dissolution, modification of the plan is and was not practicable.

8. The value of property actually distributed under the plan on account of each unsecured claim is not less than what would have been paid had Debtor been liquidated under a Chapter 7 proceeding.

9. Therefore, it is ordered that Debtor be and hereby is granted a discharge under section 1328(b), title 11, of the United States Code.

**IT IS SO ORDERED.**

###

Submitted and approved by:

/s/ William M. Sremack
William M. Sremack #0006832
Sremack Law Firm LLC
2745 S. Arlington Rd.
Akron, OH 44312
330-644-0061 Office
330-644-7241 Fax

2

bill@sremacklaw.com
*Attorney for Debtor Larry Allan Steffee*
Approved by:

_____
Keith L. Rucinski #00631237
One Cascade Plaza, Suite 2020
Akron, OH 44308
Telephone: (330) 762-6335
Fax: (330) 762-7072
krucinski@ch13akron.com

## CERTIFICATE OF SERVICE
## LIST OF PARTIES TO BE SERVED

A copy of the foregoing *Order for Hardship Discharge Pursuant to 11 U.S.C. 1238(b)* was filed electronically via this Court's ECF on those persons and entities who are listed on the Electronic Mail Notice List:

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza
Suite 2020, Akron, OH 44308-1160

United States Trustee

And by regular mail, postage prepaid, upon:

Barclaycard Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Check N Go
c/o Real Time Resolutions, Inc.
PO Box 566027
Dallas, TX 75356-6027

First Premier Bank
Credit Card Department
PO Box 5519
Sioux Falls, SD 57117-5519

Grange Property & Casualty Ins. Co.

PO Box 740604
Cincinnati, OH 45274-0604

Law Office of Gorge Gusses Co LPA
33 S Huron St
Toledo, OH 43604-8705

Nicholas Financial
2452 McMullen-Booth Rd Bldg C
Clearwater, FL 33759-1315

Retina Associates of Cleveland Inc.
3401 Enterprise Pkwy Ste 300
Beachwood, OH 44122-7344

3

Springfield Township
PO Box 2009
Streetsboro, OH 44241-0009

Summa Health System
Patient Accounting
PO Box 2090
Akron, OH 44309-2090

Cerastes LLC
c/o Weinstein & Riley PS
2001 Western Ave. Ste. 400
Seattle, WA 98121-3132

Credit One Bank
PO Box 60500
City of Industry, CA 91716-0500

First Premier Bank
PO Box 5519
Sioux Falls, SD 57117-5519

Inpatient Medical Service
4040 Embassy Pkwy Ste 400
Akron, OH 44333-8341

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Santander Consumer USA
118 Wilpark Dr
Akron, OH 44312-3503

Summa Health-Akron City/St Thomas
PO Box 182301
Columbus, OH 43218-2301

Summa Health Systems
PO Box 3540
Akron, OH 44309-3540

Check N Go
7755 Montgomery Rd
Cincinnati, 45236-4197

First American Loans
1658 Brittain Road
Akron, OH 44310-2702

Galway Financial Services LLC
1290 W Spring St SE Ste 270
Smyrna, GA 30080-3690

LVNV Funding LLC/FNBM LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Merrick Bank
PO Box 30537
Tampa, FL 33630-3537

Premier Bankcard LLC
c/o Jefferson Capital Systems LLC
PO Box 560284
Dallas, TX 75356-0284

Summa Health-Akron City/St Thomas
PO Box 78000
Detroit, MI 48278-1103

Troy Capital LLC
2660 S Rainbow Blvd #D104
Las Vegas, NV 89146-5183

VCSO of Ohio dba First American Loan
135 N Church St
Spartanburg, SC 29306-5138

WalMart
Synchrony Bank
PO Box 530927
Atlanta, GA 30353-0927